## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **TYESHA GONZALEZ,** | ) | **CASE NO.  1:09CV1093** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF** | ) | |
| **SOCIAL SECURITY,** | ) | |
| | ) | **ORDER** |
| **DEFENDANT.** | ) | |
| | ) | |

Plaintiff originally filed this action to appeal the decision of the Social Security Administration on May 12, 2009.  On May 18, 2009, this action was automatically referred to Magistrate Judge David S. Perelman pursuant to Local Rule 72.2.  On November 19, 2009, the Magistrate Judge issued a Report and Recommendation, recommending that the Court **GRANT** the Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Dkt. # 10) filed by Defendant Commissioner of Social Security.  (Dkt. # 13).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.   Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

1

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Perelman (Dkt. # 13) is hereby **ADOPTED**.  The Motion to Dismiss filed by Defendant is **GRANTED**. (Dkt. # 10).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – December 7, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**